**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 577 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMAL KENYA MCCLOUD, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**. The Application of the American Civil Liberties Union of Pennsylvania, the Public Defender Association of Pennsylvania, and the Pennsylvania Association of Criminal Defense Lawyers to Appear as Amici Curiae in Support of Granting Mr. McCloud's Petition for Allowance of Appeal is **GRANTED**. The Application of Community Legal Services to Appear as Amicus Curiae in Support of Granting Mr. McCloud's Petition for Allowance of Appeal is **DENIED** as untimely.